**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **People First Pizza, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **03-0467241** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4973 Yorba Ranch Road #C**<br>**Yorba Linda, CA 92887**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **Franchisee of Dominos.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **People First Pizza, Inc.**                                    Case number (if known) _____
     Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7225**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
If more than 2 cases, attach a separate list.    ☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

---

Debtor    **People First Pizza, Inc.**                                          Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **People First Pizza, Inc.**

Name    Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

■ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | People First Pizza, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2025**
MM / DD / YYYY

X _____        **Cindy Gagliardi**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Richard Sturdevant**        Date **March 26, 2025**
Signature of attorney for debtor        MM / DD / YYYY

**Richard Sturdevant 269088**
Printed name

**Financial Relief Law Center, APC**
Firm name

**1200 Main St. Ste C**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone    **714-442-3335**        Email address    **rich@bwlawcenter.com**

**269088 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **People First Pizza, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 26, 2025**        X _____
                                        Signature of individual signing on behalf of debtor

**Cindy Gagliardi**
Printed name

**President**
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **People First Pizza, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Phillip Soto c/o Seligson Law 2219 Main St., Unit #710 Santa Monica, CA 90405** | | **PAGA Lawsuit** | **Disputed** | | | **$350,000.00** |
| **Libertas Closing Department 411 West Putnam Avenue Suit 220 Greenwich, CT 06830** | | **Merchant cash advance** <br><br> **UCC by Libertas** | **Disputed** | **$160,000.00** | **Unknown** | **$150,000.00** |
| **Black Olive Capital 7315 Wisconson Ave. STE 550E Bethesda, MD 20814** | | **Revenue purchase agreement. All assets of the Debtor including without limitation, all Accounts, Chattel Paper, Commercial Tort Claims, Documents, Eq** | **Disputed** | **$115,639.25** | **$0.00** | **$115,639.25** |
| **Toyota Motor Credit Co Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408** | | **2022 Toyota Prius** | | **$38,000.00** | **$25,000.00** | **$13,000.00** |

Debtor    **People First Pizza, Inc.**                                           Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jaoquin Iriarte c/o Kazerouni Law Group, APC 245 Fischer Avenue, Unit D1 Costa Mesa, CA 92626** | | **labor suit** | **Unliquidated Disputed** | | | **$0.00** |

## United States Bankruptcy Court
### Central District of California

In re  **People First Pizza, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cindy Gagliardi**<br>**9025 Plume Grass St.**<br>**Corona, CA 92883-8121** | - | - | **100% of common stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 26, 2025**

Signature  *Cindy Gagliardi*
**Cindy Gagliardi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Irvine, CA**_____ , California.

Date:    **March 26, 2025**_____

Cindy Gagliardi
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name        **People First Pizza, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $ _____ **176,500.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____ **176,500.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **313,639.25**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ **350,000.00**

4.    **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    $ _____ **663,639.25**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **People First Pizza, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Payroll account** | 1230 | $3,500.00 |
| 3.2. | **Bank of America** | **Business Checking** | 0252 | $70,000.00 |
| 3.3. | **JPMorgan Chase** | **Business Account** | 0882 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

| $73,500.00 |
|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor **People First Pizza, Inc.**                     Case number *(If known)* _____
         <sub>Name</sub>

|  | **Security deposit with Landlord at Laguna Beach Location ($10,000)** | |
|---|---|---|
|  | **Security deposit at Yorba Linda ($3,500)** | |
| 7.1. | **Security deposit at Mission Viejo ($3,700)** | **$17,200.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                    **$17,200.00**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Ingredients to make food** | | **$0.00** | **Replacement** | **$20,000.00** |
| **Computers, Equipment, Ovens, Production Line, Phones,** | | **$0.00** | **Replacement** | **$40,000.00** |

23. **Total of Part 5.**                                                    **$60,000.00**

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

| Debtor | **People First Pizza, Inc.** | Case number *(If known)* _____ |
|--------|------------------------------|-------------------------------------------|
|        | Name |  |

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|----------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

|   | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|--------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. | **Office furniture** **Chairs, tables** | **$0.00** |  | **$800.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | **$800.00** |
   |-------------|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

|   | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|--------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** |  |  |  |
| 47.1. | **2022 Toyota Prius** | **$0.00** | **Comparable sale** | **$25,000.00** |

Debtor    **People First Pizza, Inc.**                              Case number *(If known)* _____
    Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                    | $25,000.00 |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties**<br>**Franchise agreement with Dominos (Domino's has the right to refuse a new franchisee making the franchise agreement's transferability limited)** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill**<br>**Goodwill / store value with lease** | Unknown | Comparable sale | Unknown |

66.  **Total of Part 10.**                                                   | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No

Debtor    **People First Pizza, Inc.** _____    Case number *(If known)* _____
          Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **People First Pizza, Inc.** _____  Case number *(If known)* _____
       Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $176,500.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $176,500.00 |

**Fill in this information to identify the case:**

Debtor name **People First Pizza, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Black Olive Capital**<br>Creditor's Name<br><br>**7315 Wisconson Ave. STE 550E**<br>**Bethesda, MD 20814**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/08/2023**<br>**Last 4 digits of account number**<br>**6934**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Revenue purchase agreement. All assets of the Debtor including without limitation, all Accounts, Chattel Paper, Commercial Tort Claims, Documents, Equipment, General Intangibles, Goods, Instruments, Inventory ....**<br><br>**Describe the lien**<br>**UCC-1 by Kalamata**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $115,639.25 | $0.00 |
| **2.2** **Libertas Closing Department**<br>Creditor's Name<br>**411 West Putnam Avenue Suit 220**<br>**Greenwich, CT 06830**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**04/19/2024** | **Describe debtor's property that is subject to a lien**<br>**Merchant cash advance**<br><br>**UCC by Libertas**<br><br>**Describe the lien**<br>**UCC-1 (MCA Lender)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $160,000.00 | Unknown |

Debtor   **People First Pizza, Inc.**                              Case number (if known) _____
_____
Name

**Last 4 digits of account number**
**4438**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **PayPal Business Loan** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Silicon Valley Bank**
**3003 Tasman Drive**
**Santa Clara, CA 95054**
Creditor's mailing address

**This claim is paid in full but the UCC still exists.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**07/08/2022**
**Last 4 digits of account number**
**4323**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Toyota Motor Credit Co** | Describe debtor's property that is subject to a lien | $38,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**Toyota Financial Services**
**Po Box 8026**
**Cedar Rapids, IA 52408**
Creditor's mailing address

**2022 Toyota Prius**

**Describe the lien**
**Vehicle**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $313,639.25 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line _2.1_ | |
| **Black Oliive Capital**<br>**1545 Route 202**<br>**Suite 101**<br>**Pomona, NY 10970** | Line _2.1_ | |
| **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line _2.3_ | |
| **CT Corporation Systems**<br>**ATTN: SPRS**<br>**330 N BRAND BLVD, SUITE 700,**<br>**Glendale, CA 91203** | Line _2.2_ | |
| **Financial Agent Services**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line _2.1_ | |
| **PayPal, Inc.**<br>**2211 N. 21st**<br>**San Jose, CA 95131** | Line _2.3_ | |

**Fill in this information to identify the case:**

Debtor name  **People First Pizza, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Department of Tax and Fe**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**     **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Abraham Huizar**<br>**26447 Paseo Pamela**<br>**San Juan Capistrano, CA 92675** | **$0.00** |
|  | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|  | Last 4 digits of account number _ | Basis for the claim: _ |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Adam Arceneaux**<br>**25 Monserrat**<br>**Foothill Ranch, CA 92610** | **$0.00** |
|  | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|  | Last 4 digits of account number _ | Basis for the claim: _ |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Bolton**
**32 Seaport**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Lindburg**
**27461 Morro Dr**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Marquez**
**24071 Zancon**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Aiden Hubler**
**23463 Cambridge Rd**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Aiden Mcfann**
**27502 Los Banos**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Aiden O'Dwyer**
**26881 Calle Maria**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Perez**
**4847 Alonano Plaza**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Garcia Martinez**
**25511 Pallermo Way**
**Yorba Linda, CA 92887**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Arizmendi**
**2080 W Ontario Ave**
**Corona, CA 92882**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Manzo**
**26434 Paseo Pamela**
**San Juan Capistrano, CA 92675**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Turcotte**
**709 Via Presa**
**San Clemente, CA 92672**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfred Lopez**
**32221 Alipaz St**
**San Juan Capistrano, CA 92675**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Aviles**
**887 Center St**
**Apt #18**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aliaksei Tsirsiankou**
**714 Quail Mdws**
**Irvine, CA 92603**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alvin Castro**
**26435 Brookfield Rd**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alvin Park**
**22422 Lombardi**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Analise Raine**
**19 Ledgewood Dr**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrea Cardamon**
**315 N Associated Rd**
**Apt 403**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrea Rosas**
**26227 Maplewood ct**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Covington**
**24976 Las marias ln**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Daniels**
**21902 Shenandoah Dr**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Zavala**
1618  S Calle Del Sol
Apt #5
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Arizmendi**
26557 Calle Santa Barbara
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Cimino**
5585 Via Cantada
Yorba Linda, CA 92887

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony ciobanu**
6540 E Circulo Dali
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aouse Alkativ**
24461 Ardisa
Mission Viejo, CA 92692

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**April Conner**
24976 Las Marias Ln
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arad Bozorginia**
28020 Marguerite Pkwy
#20
Mission Viejo, CA 92692

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Armon Barakchi**
 **6 Via Las Rosas**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Aryan Bajaria**
**4070 Naples Ct**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Ashley Does**
**4963 Avenida De Las Estrellas**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Audrey Hill**
**24515 Tabuenca**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Austin Ardizzone**
**4129 Silverado Ct**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Austin Bae**
**17074 Camino Cabrillo**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Austin Lahmon**
**24674 Paseo De Toronto**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Austin Liao** | ☐ Contingent | |
| | **25625 Cross Creek Dr** | ☐ Unliquidated | |
| | **#A** | ■ Disputed | |
| | **Yorba Linda, CA 92887** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ayden Myette** | ☐ Contingent | |
| | **27002 Santa Susana Cir** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Baltazar Heredia** | ☐ Contingent | |
| | **26585 La Zanja** | ☐ Unliquidated | |
| | **San Juan Capistrano, CA 92675** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ben Brinkerhoff** | ☐ Contingent | |
| | **16 Harveston** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92692** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Bill Birthright** | ☐ Contingent | |
| | **31441 Santa Margarita Prkwy** | ☐ Unliquidated | |
| | **A306** | ■ Disputed | |
| | **Rancho Santa Margarita, CA 92688** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Blake D Lumley** | ☐ Contingent | |
| | **23661 Via San Gil** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Blake Lumley** | ☐ Contingent | |
| | **23661 Via San Gil** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | People First Pizza, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blanca Polando**
928 S Gilbuck Dr
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bobby Cumming**
22984 Via Pimiento
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Howe**
3030 Clairmont Ave
Fullerton, CA 92835

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Pascual**
124 Tangelo
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Spletter**
5181 Manner View
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent D'Anna**
24586 Alcoba Dr
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Castaneda**
20021 Trabuco Oak
Trabuco Canyon, CA 92678

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calix Kim**
**28132 Palmada**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Bustillos**
**283 Streamwood**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Cronholm**
**24181 Puerta De Luz**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cassidy Thorson**
**21842 Bahamas**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chandler Raessner**
**24656 Tabuenca**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chelsea Henry**
**27672 Ruisenor**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Jacques**
**98 Las Flores**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Mckee**
**28381 Calle Pinon**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Wade**
**519 Gateway Pl**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Jones**
**22754 East Park Drive**
**Unit 11**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Owens**
**28002 Marguerite**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Porcayo**
**1619 W Ball Rd**
**#5**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Claire Beattie**
**3767 Lakewood Dr.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Claire Campo**
**32732 Pointe Stirling**
**Apt #H**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudia Hernandez**
**31035 Calle San Diego**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cole Rawlings**
**31266 Via Parra**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cory Barajas**
**32321 Paseo Carolina**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cristal Flores**
**706 N Berlyn Ave**
**Ontario, CA 91764**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Abdulrazak**
**25505 River Bank**
**Apt G**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Mudge**
**23988 Sanctuary Pky**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Cheng**
**45 Prairie Falcon**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Grossman**
**24802 Forest knoll Ln**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Grossman**
**24802 Forest Knoll Ln**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Reilly**
**24071 Zancon**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wilson**
**27672 Ruisenor**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davis Graf**
**5 Sand Oaks Rd**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denis Villatoro**
**33 Via Amistosa**
**Apt B**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Dossey**
**30122 Niguel Rd**
**Apt #132**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address

**Derek Murrieta**
**26501 Los Alamitos**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.81** | Nonpriority creditor's name and mailing address

**Diana Contreras**
**26507 Paseo San Gabriel**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.82** | Nonpriority creditor's name and mailing address

**Diego Saldivar**
**5749 Portage**
**Yorba Linda, CA 92887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.83** | Nonpriority creditor's name and mailing address

**Donald Friedline**
**24952 Villarente**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.84** | Nonpriority creditor's name and mailing address

**Dylan Arentz**
**4622 Via De La Luna**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.85** | Nonpriority creditor's name and mailing address

**Dylan Jones**
**8 Allege Ct**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.86** | Nonpriority creditor's name and mailing address

**Dylan Machado**
**20 Via Madera**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dylan Moscoso**
**27285 Pinchona**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dylan Smith**
**44 Primrose**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Rodriguez**
**1317 W Colonial Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Blair**
**913 Locust Ave**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Lillie**
**13151 Yorba Ave**
**Apt 178**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Efrain Orozco Vazquez**
**2937 N Bristol St**
**Apt E**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elian Trinidad**
**228 San Tropez**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **People First Pizza, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.94** **Nonpriority creditor's name and mailing address**

**Elizabeth Haskill**
**26142 Arcadia**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

**Elizabeth Ponce**
**23254 Orange Sreet 5**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

**Emma Sisco**
**27672 Ruisenor**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** **Nonpriority creditor's name and mailing address**

**Enrico Conner**
**24976 Las Marias Ln**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

**Ethan Marciniak**
**1174 South Country Glen Way**
**Anaheim, CA 92808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

**Evan Law**
**24171 Hollyoak**
**Apt E**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

**Evan Pikoos**
**365 El Camino Del Mar**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Faith Turner**
28896 Airoso St
Unit 192
Ladera Ranch, CA 92694

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fatemeh khoob**
2275 W Broadway Apt M305
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felix Mendoza**
25630 Cross Creek Dr
Yorba Linda, CA 92887

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Hernandez**
25022 HiddenHills Rd
Apt#G
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frankie Duarte**
222 W Olive Ave A
Apt 9
La Habra, CA 90631

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriel Barron**
28896 Airoso St
Unit 192
Ladera Ranch, CA 92694

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriel Sanchez**
27230 La Paz Rd
Ste M
Mission Viejo, CA 92692

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Gary Cadenas**
**1919 E Birch St**
**Apt MM28**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**George Girgis**
**1061 Sugarberry Ln**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Gilbert Ayala**
**2300 S Lewis St**
**SPC 46**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Harry Phillips**
**30041 Hillside Ter**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Heather Quinton**
**5961 E Camino Manzano**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Hector Lizaldi**
**11781 Gary St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Holly Roach**
**28291 Camino del Rio**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hunter Weller**
**671 Glenneyre**
**Apt 5**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ian Winn-Saenz**
**23311 Via Linda**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Igor Bloshtein**
**23242 Orange Ave**
**Apt #7**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Inigo Anderson**
**870 High Dr**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Isabella Houchin**
**18322 Nicklaus Rd**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jacey Beery**
**20647 Calle Tranquillo**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jack Gerken**
**27001 Via Sandiego**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **People First Pizza, Inc.**
_____    Case number (if known) _____
Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jack Stewart**
**5510 Via Ontiveros**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jackson Adelman**
**30791 Via Conquista**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jackson Tippner**
**23 Berlamo**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jade Darling**
**32892 Adelante St**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jake Choi**
**2113 Apricot Dr**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jake Reinl**
**26571 Normandale Dr**
**Apt 14**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jakob Fultz**
**27260 Los Altos**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jamie De Isla Puga Leon** | ☐ Contingent | |
| | **24622 Adobe Ln** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jamonte Hawthorne** | ☐ Contingent | |
| | **28421 Boda** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92692** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Janine Hawthorne** | ☐ Contingent | |
| | **Po box 571074** | ☐ Unliquidated | |
| | **Tarzana, CA 91357** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Jaoquin Iriarte** | ☐ Contingent | |
| | **c/o Kazerouni Law Group, APC** | ■ Unliquidated | |
| | **245 Fischer Avenue, Unit D1** | ■ Disputed | |
| | **Costa Mesa, CA 92626** | | |
| | Date(s) debt was incurred **11/22/2024 complaint filed** | Basis for the claim: **labor suit** | |
| | Last 4 digits of account number **ECJC** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jared Klein** | ☐ Contingent | |
| | **2628 Victoria Dr** | ☐ Unliquidated | |
| | **Laguna Beach, CA 92651** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jaret Gutierrez** | ☐ Contingent | |
| | **2575 San Clemente Dr** | ☐ Unliquidated | |
| | **Apt 10** | ■ Disputed | |
| | **Costa Mesa, CA 92626** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jasmine Masri** | ☐ Contingent | |
| | **27230 La Paz Rd** | ☐ Unliquidated | |
| | **Ste M** | ■ Disputed | |
| | **Mission Viejo, CA 92692-2739** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasmine Ortega**
**26035 Moulton**
**Apt #33**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Vermilyer**
**3201 Yorba Linda blvd**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jazmin Sanchez**
**1317 W Colonial Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff cook**
**32742 Alipaz St**
**Apt #42**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Rodriguez**
**1317 W Colonial Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Li**
**19651 Dorado**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Stewart**
**4548 Via Del Prado**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **People First Pizza, Inc.**                                              Case number *(if known)* _____
_____ Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jesse Randolph**
**25075 Bellota**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jesus Garcia**
**21951 Birchwood**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jesus Vazquez**
**30942 Paseo Camalu**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Joaquin Iriarte**
**26480 Calle Rolando**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Joaquin Sanchez**
**31035 Calle San diego**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John Ciambrone**
**50 Talisman**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John Vandyck**
**582 S Eveningsong Ln**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Johnny Romero**
116 N Jackson St
Santa Ana, CA 92703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jonah Bardowell**
26601 Cancion Dr
Mission Viejo, CA 92691

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jonathan Guo**
20360 Florence Rd
Yorba Linda, CA 92886

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jonathan Yslas**
27562 Cenajo
Mission Viejo, CA 92691

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jorge Quintero**
1464 E La Palma Ave
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jose Lopez**
86 Esencia Dr
Ladera Ranch, CA 92694

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jose Pedraza**
26464 Paseo San Gabriel
San Juan Capistrano, CA 92675

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **People First Pizza, Inc.**                                    Case number *(if known)* _____
          Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jose penaloza**
**1049 W Central Ave**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Juliana Sokol**
**8 Harveston**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kailey Martell**
**25382 Campina Dr**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kalea Stone**
**20365 Via Sanlucar**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Karla Molina**
**28004 Marguerite Pwky**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kayleigh McGarahan**
**27015 Maiden Moon Ln**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Keajah Swindler-Peterson**
**27853 Narciso ave**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Pitts**
**31505 Sundance**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelsey Flores**
**26486 Calle San Antonio**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Gil**
**26061 Via Viento**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Khaled Almaani**
**1655 Sherrington Pl**
**Z106**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyle Rawlings**
**31266 Via Parra**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Les Chapman**
**86 Esencia Dr**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leslie Porcayo**
**1619 W Ball Rd**
**Apt#5**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lucio Gil Sanchez**
**26946 Diamond**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Luke Secoda**
**3936 Via Ventosa**
**Yorba Linda, CA 92886**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Luke Sokol**
**8 Harveston**
**Mission Viejo, CA 92692**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lynn Forsyth**
**25899 Blascos**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Mackenzi Cabrera**
**23147 Los Alisos**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Maddox Carver**
**24731 Via San Fernando**
**Mission Viejo, CA 92692**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Madelynn Foulkrod**
**23842 Alicia Pkwy**
**Mission Viejo, CA 92691-1000**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **People First Pizza, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madi Wood**
**98 Las Flores**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marco Ayala**
**28188 Moulton Pkwy**
**#522**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marshall Thomas**
**25605 Cross Creek Dr Apt 27**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvin Merino**
**23212 Orange Ave**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mason Macdonald**
**97 Montanan Del Lago Dr**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Caine**
**22292 Summit Hill Dr**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Masood Nawabi**
**25885 Trabuco Apt 171**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Radcliffe**
**6416 E Lookout Ln**
**Anaheim, CA 92807**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Max Boone**
**55030 Via Primaria**
**Yorba Linda, CA 92886**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maxi Gutierrrez**
**27656 Summerfield In**
**San Juan Capistrano, CA 92675**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mckenna Krosby**
**26302 Verdura Circle**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Bent**
**1305 Cameo Ln**
**Fullerton, CA 92831**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Durand**
**30 Bushwood Circle**
**Ladera Ranch, CA 92694**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Han**
**1170 Melia**
**Placentia, CA 92870**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **People First Pizza, Inc.**

Name

Case number *(if known)* _____

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Nicoara**
**26571 Normandale Dr**
**Apt 38c**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Saenz**
**1318 S Shelton St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Weaver**
**1617 Via Mirada**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miguel Miranda**
**21622 Marguerite Pkwy**
**Apt 110**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miguel Salgado**
**684 Camino de Los Mares 4**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikail Odubona**
**32732 Pointe Stirling**
**Apt #H**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mr Guglielmotti Grant**
**120 Christianitos Rd**
**Unit 12306**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | People First Pizza, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address
**Mr. Zane T Leon-Guerrero**
**24282 Ensenada Ln**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address
**Naia Halvorson**
**27151 South Ridge Dr**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address
**Naylea Villanueva**
**27876 Festivo**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address
**Nicole Waite**
**27781 Golondrina**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address
**Nicole Yoshizumi**
**21361 Mazatlan**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address
**Noe Lopez**
**1616 S Euclid st**
**SPC 14**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address
**Noemi Pedraza**
**24950 Via Florcer**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Nolan Emerson**
**30 Blackwood**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Nyla'Jae Grey-fuller**
**401 Orangewood Ave**
**Apt J105**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Oscar Avendano**
**655 S. Webster Ave**
**Apt 15**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Oscar Navarro Alamilla**
**1166 S Riverside Ave**
**#53**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Oscar Pompa**
**2218 Aragonne Ave**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Oswaldo Mendoza**
**123 S Pritchard Ave**
**#3**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Paige Westerlin**
**17841 Anna Marie Rd**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patricia Jimenez**
**31950 Del Obispo St**
**Unit B**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Phillip Anthony Soto**
**745 Sunset Ave Apt 11**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |

**Phillip Soto**
**c/o Seligson Law**
**2219 Main St., Unit #710**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2023

**Basis for the claim:**  PAGA Lawsuit

Last 4 digits of account number  1305

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Raul Martinez**
**6362 Mohawk Dr**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rhiannon Gallagher**
**4524 Jamestown Dr**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Richard Kjell**
**31031 Via Solana**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Robert Pavelko**
**25452 Remesa Drive**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | | Case number *(if known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ross Sangalang**
**3 Fieldhouse**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Roxana Cornejo**
**1250 Wingate Pl**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ruben Hernandez**
**1 Fairlane Rd**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ryan Campo**
**32732 Pointe Stirling**
**Apt#H**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ryan F Milne**
**5435 E Sorrento Dr**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ryan Pierce**
**719 S Hidden Creek Cir**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ryan Pierson**
**19212 Jacob Ave**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Zulauf**
**27721 Golondrina**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Kolb**
**5325 Via Cervantes**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Saman Shahrood**
**20730 Calle Pera**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Samantha Clark**
**7 Balmoral Pl**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sami Abuhamad**
**5155 Highland Ave**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Samuel Partington**
**12 Pasada Valiente**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sarah McIravy**
**19 Scrub Oak**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | _____ |
|--------|------------------------------|------------------------|--------------------|
|        | Name                         |                        |                    |

---

**3.234** | **Nonpriority creditor's name and mailing address**

**Schyler Hartman**
**33611 Halyard Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**

**Scott Laing**
**28181 Montecito**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**

**Scott Whitehouse**
**22072 Salcedo**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address**

**Sean E McEwan**
**26646 Lope  De Vega Dr**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**

**Sean Morgan**
**23801 Calle Hogar**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**

**Shannon Haskill**
**26142 Arcada Dr**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**

**Sharon Reyes**
**2300 S Lewis St**
**Spc 46**
**Anaheim, CA 92802**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawn Wesson**
**27435 Padilla**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Siena knoll**
**32562 Via Los Santos**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sierra Kruse**
**27835 Siruela**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simon Kahanouf**
**55 Via Gatillo**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Skyler Thomas**
**25605 Cross Creek Dr**
**#27F**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephanie Cornejo**
**1250 Wingate Pl**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephanie Soriano**
**2750 Bellogente**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Steven Martinez**
26582 San Torini Rd
Mission Viejo, CA 92692

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tahsis Claus**
5620 Ellen St
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Taylor Botts**
25695 Ave Pedrigal
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Taylor Fritschmann**
27321 Meridan Way
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Teagan Muller**
24731 Mosquero Ln
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Theresa Rodriguez**
32302 Alipaz
#86
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tim Berryman**
30032 Imperial Dr
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Timothy Schoolcraft** | ☐ Contingent | |
| | **23611 Via Estella** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92692** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Trevor Hill** | ☐ Contingent | |
| | **26502 Jacinto** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92692** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Trevor Kruse** | ☐ Contingent | |
| | **27835 Siruela** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92692** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Vahid Nouri** | ☐ Contingent | |
| | **5 Bayberry Way** | ☐ Unliquidated | |
| | **Irvine, CA 92612** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Valentina Kotseva** | ☐ Contingent | |
| | **26701 Quail Creek** | ☐ Unliquidated | |
| | **Aliso Viejo, CA 92656** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Vanessa Guzman** | ☐ Contingent | |
| | **21622 Marguerite Pkwy** | ☐ Unliquidated | |
| | **#530** | ■ Disputed | |
| | **Mission Viejo, CA 92692** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Victor Viveros** | ☐ Contingent | |
| | **23411 Summerfield** | ☐ Unliquidated | |
| | **Apt 28A** | ■ Disputed | |
| | **Aliso Viejo, CA 92656** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent Hyland**
**685 Oak Street**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Winston Anderson**
**27621 Ruisenor**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Winston Anderson**
**27621 Ruisenor**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wyatt Mcmurray**
**1569 Skyline Drive**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yana Tsarankova**
**665 Quail Mdw**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ziad Alaeddin**
**26066 Ravenna Rd**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zoe Leblanc**
**13800 Parkcenter ln**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

| Debtor | **People First Pizza, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **California Department of Tax and Fe** <br> **Account Information Group, MIC:29** <br> **PO Box 942879** <br> **Sacramento, CA 94279-0029** | Line **2.1** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Philip Soto** <br> **c/o JCL Law Firm** <br> **5440 Morehouse Dr., Suite 3600** <br> **San Diego, CA 92121** | Line **3.215** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Phillip Soto** <br> **c/o Zakay Law Group, APLC** <br> **5440 Morehouse Drive, Suite 3600** <br> **San Diego, CA 92121** | Line **3.215** <br><br> ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 350,000.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 350,000.00 |

**Fill in this information to identify the case:**

Debtor name **People First Pizza, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **32211 Camino Capistrano, Suite E-102, San Juan Capistrano, CA 92675**<br><br>**Commercial space containing 1575 square feet for Domino's Pizza location.**<br>**Tenancy with Rich and Cindy Adams (prior name of Cindy Gagliardi) dated May 1, 2017.**<br>**Debtor not a party to the lease, but listed for disclosure.** | |
| | State the term remaining | | **Chester M. Winebright Trust** |
| | List the contract number of any government contract | | **7231 McCool Ave.**<br>**Los Angeles, CA 90045** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Domino's franchisee location at 27230 La Paz Road, Suite M, Mission Viejo, CA** | |
| | State the term remaining | **Lease term ending February 28, 2026** | **Gebhard Partners, L.P.**<br>**Williams Real Estate Management, In** |
| | List the contract number of any government contract | **None.** | **3146 Red Hill Avenue, Suite 150**<br>**Costa Mesa, CA 92626** |

Debtor 1   **People First Pizza, Inc.**                                    Case number *(if known)*  _____

  First Name           Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Premises located in the City of Yorba Linda, County of Orange, commonly known as 4973 C Yorba Ranch Road, Yorba Linda, California 92887.** | |
|---|---|---|---|
| | State the term remaining | | **Gershman Properties, LLC** |
| | List the contract number of any government contract | **not applicable** | **12300 Wilshire Blvd., Suite 310 Los Angeles, CA 90025** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Premises located at 1100 South Coast Highway, Suite 205, Laguna Beach, CA 92651.** | |
|---|---|---|---|
| | State the term remaining | **2 year lease ending January 31, 2025** | **South Coast Limited, L.P.** |
| | List the contract number of any government contract | | **1100 So. Coast Highway, Suite 208 Laguna Beach, CA 92651** |

**Fill in this information to identify the case:**

Debtor name     **People First Pizza, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Cindy Gagliardi** | **9025 Plume Grass St. Corona, CA 92883** | **Libertas Closing Department** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Cindy Gagliardi** | **9025 Plume Grass St. Corona, CA 92883** | **Toyota Motor Credit Co** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Cindy Gagliardi** | **9025 Plume Grass St. Corona, CA 92883** | **Black Olive Capital** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **People First Pizza, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$981,174.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$4,660,923.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$4,564,811.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Phillip Soto v. People First Pizza Inc.**<br>**30-2023-01301305-CU-OE-CXC** | **PAGA lawsuit for labor and workforce claims** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 W. Civic Center Dr.**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Black Olive Capital LLC v. People First Pizza and Cindy Lee Gagliardi**<br>**unknown (received email soliciations but** | **no known case number or service of the complaint)** | **Supreme Court of the State of New York**<br>**County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Joaquin Iriarte vs. People First Pizza**<br>**30-2024-01442090-CU-OE-CJC** | **Labor claims** | **Orange County Superior Court**<br>**Central Justice Center**<br>**700 W. Civic Center Dr.**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **People First Pizza, Inc.** | Case number *(if known)* |
|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Financial Relief Law Center, APC<br>1200 Main St.<br>Suite C<br>Irvine, CA 92614** | | **September 30, 2024: $3,500<br>November 12, 2024: $29,500 (including costs)** | **$33,000.00** |
| | **Email or website address<br>bwlawcenter.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | **People First Pizza, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **People First Pizza, Inc.** | | Case number *(if known)* | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor   **People First Pizza, Inc.**                                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **David L. Smith CPA**<br>**416 N. Glendale Ave., STE 202**<br>**Glendale, CA 91206** | **2022 - 2023; 2025** |
| 26a.2. | **TBL, Inc.**<br>**7220 Windsor Drive**<br>**Allentown, PA 18106** | **2005-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | **TBL, Inc.**<br>**7220 Windsor Drive**<br>**Allentown, PA 18106** | |
| 26c.2. | **David L. Smith CPA**<br>**416 N. Glendale Ave., Ste 202**<br>**Glendale, CA 91206** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Cindy Gagliardi** | **9025 Plume Grass**<br>**Corona, CA 92883** | **President, CEO** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor  **People First Pizza, Inc.** _____  Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2025**

_____          **Cindy Gagliardi**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **People First Pizza, Inc.**          Case No. _____
                                      Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $     **HOURLY ENGAGEMENT**

   Prior to the filing of this statement I have received _____ $     **25,000.00**

   Balance Due _____ $     **HOURLY ENGAGEMENT**

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **See the forthcoming application to employ.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See the forthcoming application to employ.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 26, 2025**          /s/ Richard Sturdevant
*Date*                                **Richard Sturdevant**
                                    *Signature of Attorney*
                                    **Financial Relief Law Center, APC**
                                    **1200 Main St. Ste C**
                                    **Irvine, CA 92614**
                                    **714-442-3335  Fax: 714-361-5376**
                                    **rich@bwlawcenter.com**
                                    *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard Sturdevant 269088**<br>**1200 Main St. Ste C**<br>**Irvine, CA 92614**<br>**714-442-3335 Fax: 714-361-5376**<br>California State Bar Number: 269088 CA<br>rich@bwlawcenter.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**People First Pizza, Inc.**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __36__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __March 26, 2025__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __March 26, 2025__

/s/ Richard Sturdevant

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

.

People First Pizza, Inc.
4973 Yorba Ranch Road #C
Yorba Linda, CA 92887


Richard Sturdevant
Financial Relief Law Center, APC
1200 Main St. Ste C
Irvine, CA 92614


Abraham Huizar
26447 Paseo Pamela
San Juan Capistrano, CA 92675


Adam Arceneaux
25 Monserrat
Foothill Ranch, CA 92610


Adam Bolton
32 Seaport
Laguna Niguel, CA 92677


Adam Lindburg
27461 Morro Dr
Mission Viejo, CA 92692


Adrian Marquez
24071 Zancon
Mission Viejo, CA 92692


Aiden Hubler
23463 Cambridge Rd
Yorba Linda, CA 92887

Aiden Mcfann
27502 Los Banos
Mission Viejo, CA 92691


Aiden O'Dwyer
26881 Calle Maria
Mission Viejo, CA 92691


Alejandro Perez
4847 Alonano Plaza
Yorba Linda, CA 92886


Alexander Garcia Martinez
25511 Pallermo Way
Yorba Linda, CA 92887


Alexis Arizmendi
2080 W Ontario Ave
Corona, CA 92882


Alexis Manzo
26434 Paseo Pamela
San Juan Capistrano, CA 92675


Alexis Turcotte
709 Via Presa
San Clemente, CA 92672


Alfred Lopez
32221 Alipaz St
San Juan Capistrano, CA 92675

Alfredo Aviles
887 Center St
Apt #18
Costa Mesa, CA 92627


Aliaksei Tsirsiankou
714 Quail Mdws
Irvine, CA 92603


Alvin Castro
26435 Brookfield Rd
San Juan Capistrano, CA 92675


Alvin Park
22422 Lombardi
Laguna Hills, CA 92653


Analise Raine
19 Ledgewood Dr
Rancho Santa Margarita, CA 92688


Andrea Cardamon
315 N Associated Rd
Apt 403
Brea, CA 92821


Andrea Rosas
26227 Maplewood ct
San Juan Capistrano, CA 92675


Andrew Covington
24976 Las marias ln
Mission Viejo, CA 92691

Andrew Daniels
21902 Shenandoah Dr
Lake Forest, CA 92630


Angelica Zavala
1618  S Calle Del Sol
Apt #5
Anaheim, CA 92802


Anthony Arizmendi
26557 Calle Santa Barbara
San Juan Capistrano, CA 92675


Anthony Cimino
5585 Via Cantada
Yorba Linda, CA 92887


Anthony ciobanu
6540 E Circulo Dali
Anaheim, CA 92807


Aouse Alkativ
24461 Ardisa
Mission Viejo, CA 92692


April Conner
24976 Las Marias Ln
Mission Viejo, CA 92691


Arad Bozorginia
28020 Marguerite Pkwy
#20
Mission Viejo, CA 92692

Armon Barakchi
 6 Via Las Rosas
Laguna Niguel, CA 92677


Aryan Bajaria
4070 Naples Ct
Yorba Linda, CA 92886


Ashley Does
4963 Avenida De Las Estrellas
Yorba Linda, CA 92886


Audrey Hill
24515 Tabuenca
Mission Viejo, CA 92692


Austin Ardizzone
4129 Silverado Ct
Yorba Linda, CA 92886


Austin Bae
17074 Camino Cabrillo
Yorba Linda, CA 92886


Austin Lahmon
24674 Paseo De Toronto
Yorba Linda, CA 92887


Austin Liao
25625 Cross Creek Dr
#A
Yorba Linda, CA 92887

Ayden Myette
27002 Santa Susana Cir
Mission Viejo, CA 92691

Baltazar Heredia
26585 La Zanja
San Juan Capistrano, CA 92675

Ben Brinkerhoff
 16 Harveston
Mission Viejo, CA 92692

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970

Bill Birthright
 31441 Santa Margarita Prkwy
A306
Rancho Santa Margarita, CA 92688

Black Oliive Capital
1545 Route 202
Suite 101
Pomona, NY 10970

Black Olive Capital
7315 Wisconson Ave. STE 550E
Bethesda, MD 20814

Blake D Lumley
23661 Via San Gil
Mission Viejo, CA 92691

Blake Lumley
23661 Via San Gil
Mission Viejo, CA 92691


Blanca Polando
928 S Gilbuck Dr
Anaheim, CA 92802


Bobby Cumming
22984 Via Pimiento
Mission Viejo, CA 92691


Brandon Howe
3030 Clairmont Ave
Fullerton, CA 92835


Brandon Pascual
124 Tangelo
Irvine, CA 92618


Brandon Spletter
5181 Manner View
Yorba Linda, CA 92886


Brent D'Anna
24586 Alcoba Dr
Mission Viejo, CA 92691


Brian Castaneda
20021 Trabuco Oak
Trabuco Canyon, CA 92678

California Department of Tax and Fe
PO Box 942879
Sacramento, CA 94279

California Department of Tax and Fe
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Calix Kim
28132 Palmada
Mission Viejo, CA 92692

Cameron Bustillos
283 Streamwood
Irvine, CA 92620

Cameron Cronholm
24181 Puerta De Luz
Mission Viejo, CA 92691

Cassidy Thorson
21842 Bahamas
Mission Viejo, CA 92692

Chandler Raessner
24656 Tabuenca
Mission Viejo, CA 92692

Chelsea Henry
27672 Ruisenor
Mission Viejo, CA 92692

Chester M. Winebright Trust
7231 McCool Ave.
Los Angeles, CA 90045


Chris Jacques
98 Las Flores
Aliso Viejo, CA 92656


Chris Mckee
28381 Calle Pinon
San Juan Capistrano, CA 92675


Christian Wade
519 Gateway Pl
Ladera Ranch, CA 92694


Christopher Jones
22754 East Park Drive
Unit 11
Yorba Linda, CA 92887


Christopher Owens
28002 Marguerite
Mission Viejo, CA 92692


Christopher Porcayo
1619 W Ball Rd
#5
Anaheim, CA 92802


CHTD Company
PO Box 2576
Springfield, IL 62708

Cindy Gagliardi
9025 Plume Grass St.
Corona, CA 92883


Claire Beattie
3767 Lakewood Dr.
Yorba Linda, CA 92886


Claire Campo
32732 Pointe Stirling
Apt #H
Dana Point, CA 92629


Claudia Hernandez
31035 Calle San Diego
San Juan Capistrano, CA 92675


Cole Rawlings
31266 Via Parra
San Juan Capistrano, CA 92675


Cory Barajas
32321 Paseo Carolina
San Juan Capistrano, CA 92675


Cristal Flores
706 N Berlyn Ave
Ontario, CA 91764


CT Corporation Systems
ATTN: SPRS
330 N BRAND BLVD, SUITE 700,
Glendale, CA 91203

Daniel Abdulrazak
25505 River Bank
Apt G
Yorba Linda, CA 92887


Daniel Mudge
23988 Sanctuary Pky
Yorba Linda, CA 92887


David Cheng
45 Prairie Falcon
Aliso Viejo, CA 92656


David Grossman
24802 Forest knoll Ln
Lake Forest, CA 92630


David Reilly
24071 Zancon
Mission Viejo, CA 92692


David Wilson
27672 Ruisenor
Mission Viejo, CA 92692


Davis Graf
5 Sand Oaks Rd
Laguna Niguel, CA 92677


Denis Villatoro
33 Via Amistosa
Apt B
Rancho Santa Margarita, CA 92688

Derek Dossey
30122 Niguel Rd
Apt #132
Laguna Niguel, CA 92677


Derek Murrieta
26501 Los Alamitos
Laguna Hills, CA 92653


Diana Contreras
26507 Paseo San Gabriel
San Juan Capistrano, CA 92675


Diego Saldivar
5749 Portage
Yorba Linda, CA 92887


Donald Friedline
24952 Villarente
Laguna Niguel, CA 92677


Dylan Arentz
4622 Via De La Luna
Yorba Linda, CA 92886


Dylan Jones
8 Allege Ct
Foothill Ranch, CA 92610


Dylan Machado
 20 Via Madera
Rancho Santa Margarita, CA 92688

Dylan Moscoso
27285 Pinchona
Mission Viejo, CA 92692

Dylan Smith
44 Primrose
Aliso Viejo, CA 92656

Eduardo Rodriguez
1317 W Colonial Ave
Anaheim, CA 92802

Edward Blair
913 Locust Ave
Long Beach, CA 90813

Edward Lillie
13151 Yorba Ave
Apt 178
Chino, CA 91710

Efrain Orozco Vazquez
2937 N Bristol St
Apt E
Santa Ana, CA 92706

Elian Trinidad
228 San Tropez
Laguna Beach, CA 92651

Elizabeth Haskill
26142 Arcadia
Mission Viejo, CA 92691

Elizabeth Ponce
23254 Orange Sreet 5
Lake Forest, CA 92630


Emma Sisco
27672 Ruisenor
Mission Viejo, CA 92691


Enrico Conner
24976 Las Marias Ln
Mission Viejo, CA 92691


Ethan Marciniak
1174 South Country Glen Way
Anaheim, CA 92808


Evan Law
24171 Hollyoak
Apt E
Aliso Viejo, CA 92656


Evan Pikoos
365 El Camino Del Mar
Laguna Beach, CA 92651


Faith Turner
28896 Airoso St
Unit 192
Ladera Ranch, CA 92694


Fatemeh khoob
2275 W Broadway Apt M305
Anaheim, CA 92804

Felix Mendoza
25630 Cross Creek Dr
Yorba Linda, CA 92887


Financial Agent Services
PO Box 2576
Springfield, IL 62708


Francisco Hernandez
25022 HiddenHills Rd
Apt#G
Laguna Niguel, CA 92677


Frankie Duarte
222 W Olive Ave A
Apt 9
La Habra, CA 90631


Gabriel Barron
28896 Airoso St
Unit 192
Ladera Ranch, CA 92694


Gabriel Sanchez
27230 La Paz Rd
Ste M
Mission Viejo, CA 92692


Gary Cadenas
1919 E Birch St
Apt MM28
Brea, CA 92821


Gebhard Partners, L.P.
Williams Real Estate Management, In
3146 Red Hill Avenue, Suite 150
Costa Mesa, CA 92626

George Girgis
1061 Sugarberry Ln
Corona, CA 92882


Gershman Properties, LLC
12300 Wilshire Blvd., Suite 310
Los Angeles, CA 90025


Gilbert Ayala
2300 S Lewis St
SPC 46
Anaheim, CA 92802


Harry Phillips
30041 Hillside Ter
San Juan Capistrano, CA 92675


Heather Quinton
5961 E Camino Manzano
Anaheim, CA 92807


Hector Lizaldi
11781 Gary St
Garden Grove, CA 92840


Holly Roach
28291 Camino del Rio
San Juan Capistrano, CA 92675


Hunter Weller
671 Glenneyre
Apt 5
Laguna Beach, CA 92651

Ian Winn-Saenz
23311 Via Linda
Mission Viejo, CA 92691

Igor Bloshtein
23242 Orange Ave
Apt #7
Lake Forest, CA 92630

Inigo Anderson
870 High Dr
Laguna Beach, CA 92651

Isabella Houchin
18322 Nicklaus Rd
Yorba Linda, CA 92886

Jacey Beery
20647 Calle Tranquillo
Yorba Linda, CA 92886

Jack Gerken
27001 Via Sandiego
Mission Viejo, CA 92691

Jack Stewart
5510 Via Ontiveros
Yorba Linda, CA 92887

Jackson Adelman
30791 Via Conquista
San Juan Capistrano, CA 92675

Jackson Tippner
23 Berlamo
Rancho Santa Margarita, CA 92688


Jade Darling
32892 Adelante St
Temecula, CA 92592


Jake Choi
2113 Apricot Dr
Irvine, CA 92618


Jake Reinl
26571 Normandale Dr
Apt 14
Lake Forest, CA 92630


Jakob Fultz
27260 Los Altos
Mission Viejo, CA 92691


Jamie De Isla Puga Leon
24622 Adobe Ln
Mission Viejo, CA 92691


Jamonte Hawthorne
28421 Boda
Mission Viejo, CA 92692


Janine Hawthorne
Po box 571074
Tarzana, CA 91357

Jaoquin Iriarte
c/o Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626


Jared Klein
2628 Victoria Dr
Laguna Beach, CA 92651


Jaret Gutierrez
2575 San Clemente Dr
Apt 10
Costa Mesa, CA 92626


Jasmine Masri
27230 La Paz Rd
Ste M
Mission Viejo, CA 92692-2739


Jasmine Ortega
26035 Moulton
Apt #33
Laguna Hills, CA 92653


Jason Vermilyer
3201 Yorba Linda blvd
Fullerton, CA 92831


Jazmin Sanchez
1317 W Colonial Ave
Anaheim, CA 92802


Jeff cook
 32742 Alipaz St
Apt #42
San Juan Capistrano, CA 92675

Jennifer Rodriguez
1317 W Colonial Ave
Anaheim, CA 92802


Jeremy Li
19651 Dorado
Mission Viejo, CA 92691


Jeremy Stewart
4548 Via Del Prado
Yorba Linda, CA 92886


Jesse Randolph
25075 Bellota
Mission Viejo, CA 92692


Jesus Garcia
21951 Birchwood
Mission Viejo, CA 92692


Jesus Vazquez
30942 Paseo Camalu
San Juan Capistrano, CA 92675


Joaquin Iriarte
26480 Calle Rolando
San Juan Capistrano, CA 92675


Joaquin Sanchez
31035 Calle San diego
San Juan Capistrano, CA 92675

John Ciambrone
50 Talisman
Irvine, CA 92620


John Vandyck
582 S Eveningsong Ln
Anaheim, CA 92808


Johnny Romero
116 N Jackson St
Santa Ana, CA 92703


Jonah Bardowell
26601 Cancion Dr
Mission Viejo, CA 92691


Jonathan Guo
20360 Florence Rd
Yorba Linda, CA 92886


Jonathan Yslas
27562 Cenajo
Mission Viejo, CA 92691


Jorge Quintero
1464 E La Palma Ave
Anaheim, CA 92805


Jose Lopez
86 Esencia Dr
Ladera Ranch, CA 92694

Jose Pedraza
26464 Paseo San Gabriel
San Juan Capistrano, CA 92675

Jose penaloza
1049 W Central Ave
Santa Ana, CA 92707

Juliana Sokol
8 Harveston
Mission Viejo, CA 92692

Kailey Martell
25382 Campina Dr
Mission Viejo, CA 92691

Kalea Stone
20365 Via Sanlucar
Yorba Linda, CA 92887

Karla Molina
28004 Marguerite Pwky
Mission Viejo, CA 92692

Kayleigh McGarahan
27015 Maiden Moon Ln
Yorba Linda, CA 92887

Keajah Swindler-Peterson
27853 Narciso ave
Mission Viejo, CA 92692

Kelly Pitts
31505 Sundance
San Juan Capistrano, CA 92675

Kelsey Flores
26486 Calle San Antonio
San Juan Capistrano, CA 92675

Kevin Gil
26061 Via Viento
Mission Viejo, CA 92691

Khaled Almaani
1655 Sherrington Pl
Z106
Newport Beach, CA 92663

Kyle Rawlings
31266 Via Parra
San Juan Capistrano, CA 92675

Les Chapman
86 Esencia Dr
Ladera Ranch, CA 92694

Leslie Porcayo
1619 W Ball Rd
Apt#5
Anaheim, CA 92802

Libertas Closing Department
411 West Putnam Avenue
Suit 220
Greenwich, CT 06830

Lucio Gil Sanchez
26946 Diamond
Mission Viejo, CA 92691

Luke Secoda
3936 Via Ventosa
Yorba Linda, CA 92886

Luke Sokol
8 Harveston
Mission Viejo, CA 92692

Lynn Forsyth
25899 Blascos
Mission Viejo, CA 92691

Mackenzi Cabrera
23147 Los Alisos
Mission Viejo, CA 92691

Maddox Carver
24731 Via San Fernando
Mission Viejo, CA 92692

Madelynn Foulkrod
23842 Alicia Pkwy
Mission Viejo, CA 92691-1000

Madi Wood
98 Las Flores
Aliso Viejo, CA 92656

Marco Ayala
28188 Moulton Pkwy
#522
Laguna Niguel, CA 92677


Marshall Thomas
25605 Cross Creek Dr Apt 27
Yorba Linda, CA 92886


Marvin Merino
23212 Orange Ave
Lake Forest, CA 92630


Mason Macdonald
97 Montanan Del Lago Dr
Rancho Santa Margarita, CA 92688


Matt Caine
22292 Summit Hill Dr
Lake Forest, CA 92630


Matthew Masood Nawabi
25885 Trabuco Apt 171
Lake Forest, CA 92630


Matthew Radcliffe
6416 E Lookout Ln
Anaheim, CA 92807


Max Boone
55030 Via Primaria
Yorba Linda, CA 92886

Maxi Gutierrrez
27656 Summerfield ln
San Juan Capistrano, CA 92675


Mckenna Krosby
26302 Verdura Circle
Mission Viejo, CA 92691


Michael Bent
1305 Cameo Ln
Fullerton, CA 92831


Michael Durand
30 Bushwood Circle
Ladera Ranch, CA 92694


Michael Han
1170 Melia
Placentia, CA 92870


Michael Nicoara
26571 Normandale Dr
Apt 38c
Irvine, CA 92614


Michael Saenz
1318 S Shelton St
Santa Ana, CA 92707


Michael Weaver
1617 Via Mirada
Fullerton, CA 92833

Miguel Miranda
21622 Marguerite Pkwy
Apt 110
Mission Viejo, CA 92692


Miguel Salgado
684 Camino de Los Mares 4
San Clemente, CA 92673


Mikail Odubona
32732 Pointe Stirling
Apt #H
Dana Point, CA 92629


Mr Guglielmotti Grant
120 Christianitos Rd
Unit 12306
San Clemente, CA 92673


Mr. Zane T Leon-Guerrero
24282 Ensenada Ln
Mission Viejo, CA 92691


Naia Halvorson
27151 South Ridge Dr
Mission Viejo, CA 92692


Naylea Villanueva
27876 Festivo
Mission Viejo, CA 92692


Nicole Waite
27781 Golondrina
Mission Viejo, CA 92692

Nicole Yoshizumi
21361 Mazatlan
Mission Viejo, CA 92692


Noe Lopez
1616 S Euclid st
SPC 14
Anaheim, CA 92802


Noemi Pedraza
24950 Via Florcer
Mission Viejo, CA 92691


Nolan Emerson
30 Blackwood
Mission Viejo, CA 92692


Nyla'Jae Grey-fuller
401 Orangewood Ave
Apt J105
Anaheim, CA 92802


Oscar Avendano
655 S. Webster Ave
Apt 15
Anaheim, CA 92804


Oscar Navarro Alamilla
1166 S Riverside Ave
#53
Rialto, CA 92376


Oscar Pompa
2218 Aragonne Ave
Long Beach, CA 90815

Oswaldo Mendoza
123 S Pritchard Ave
#3
Fullerton, CA 92833


Paige Westerlin
17841 Anna Marie Rd
Yorba Linda, CA 92886


Patricia Jimenez
31950 Del Obispo St
Unit B
San Juan Capistrano, CA 92675


PayPal Business Loan
c/o Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054


PayPal, Inc.
2211 N. 21st
San Jose, CA 95131


Philip Soto
c/o JCL Law Firm
5440 Morehouse Dr., Suite 3600
San Diego, CA 92121


Phillip Anthony Soto
745 Sunset Ave Apt 11
West Covina, CA 91790


Phillip Soto
c/o Seligson Law
2219 Main St., Unit #710
Santa Monica, CA 90405

Phillip Soto
c/o Zakay Law Group, APLC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121


Raul Martinez
6362 Mohawk Dr
Westminster, CA 92683


Rhiannon Gallagher
4524 Jamestown Dr
Yorba Linda, CA 92886


Richard Kjell
31031 Via Solana
San Juan Capistrano, CA 92675


Robert Pavelko
25452 Remesa Drive
Mission Viejo, CA 92691


Ross Sangalang
3 Fieldhouse
Ladera Ranch, CA 92694


Roxana Cornejo
1250 Wingate Pl
Pomona, CA 91768


Ruben Hernandez
1 Fairlane Rd
Laguna Niguel, CA 92677

Ryan Campo
32732 Pointe Stirling
Apt#H
Dana Point, CA 92629


Ryan F Milne
5435 E Sorrento Dr
Long Beach, CA 90803


Ryan Pierce
719 S Hidden Creek Cir
Anaheim, CA 92808


Ryan Pierson
19212 Jacob Ave
Cerritos, CA 90703


Ryan Zulauf
27721 Golondrina
Mission Viejo, CA 92692


Sam Kolb
5325 Via Cervantes
Yorba Linda, CA 92887


Saman Shahrood
20730 Calle Pera
Yorba Linda, CA 92886


Samantha Clark
7 Balmoral Pl
Rancho Santa Margarita, CA 92688

Sami Abuhamad
5155 Highland Ave
Yorba Linda, CA 92886


Samuel Partington
12 Pasada Valiente
Rancho Santa Margarita, CA 92688


Sarah McIravy
19 Scrub Oak
Aliso Viejo, CA 92656


Schyler Hartman
33611 Halyard Dr
Dana Point, CA 92629


Scott Laing
28181 Montecito
Laguna Niguel, CA 92677


Scott Whitehouse
22072 Salcedo
Mission Viejo, CA 92692


Sean E McEwan
26646 Lope De Vega Dr
Mission Viejo, CA 92691


Sean Morgan
23801 Calle Hogar
Mission Viejo, CA 92691

Shannon Haskill
26142 Arcada Dr
Mission Viejo, CA 92691


Sharon Reyes
2300 S Lewis St
Spc 46
Anaheim, CA 92802


Shawn Wesson
27435 Padilla
Mission Viejo, CA 92691


Siena knoll
32562 Via Los Santos
San Juan Capistrano, CA 92675


Sierra Kruse
27835 Siruela
Mission Viejo, CA 92692


Simon Kahanouf
55 Via Gatillo
Rancho Santa Margarita, CA 92688


Skyler Thomas
25605 Cross Creek Dr
#27F
Yorba Linda, CA 92886


South Coast Limited, L.P.
1100 So. Coast Highway, Suite 208
Laguna Beach, CA 92651

Stephanie Cornejo
1250 Wingate Pl
Pomona, CA 91768


Stephanie Soriano
2750 Bellogente
Mission Viejo, CA 92691


Steven Martinez
26582 San Torini Rd
Mission Viejo, CA 92692


Tahsis Claus
5620 Ellen St
Riverside, CA 92503


Taylor Botts
25695 Ave Pedrigal
San Juan Capistrano, CA 92675


Taylor Fritschmann
27321 Meridan Way
Laguna Niguel, CA 92677


Teagan Muller
24731 Mosquero Ln
Mission Viejo, CA 92691


Theresa Rodriguez
32302 Alipaz
#86
San Juan Capistrano, CA 92675

Tim Berryman
30032 Imperial Dr
San Juan Capistrano, CA 92675


Timothy Schoolcraft
23611 Via Estella
Mission Viejo, CA 92692


Toyota Motor Credit Co
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Trevor Hill
26502 Jacinto
Mission Viejo, CA 92692


Trevor Kruse
27835 Siruela
Mission Viejo, CA 92692


Vahid Nouri
5 Bayberry Way
Irvine, CA 92612


Valentina Kotseva
26701 Quail Creek
Aliso Viejo, CA 92656


Vanessa Guzman
21622 Marguerite Pkwy
#530
Mission Viejo, CA 92692

Victor Viveros
23411 Summerfield
Apt 28A
Aliso Viejo, CA 92656


Vincent Hyland
685 Oak Street
Laguna Beach, CA 92651


Winston Anderson
27621 Ruisenor
Mission Viejo, CA 92692


Wyatt Mcmurray
1569 Skyline Drive
Laguna Beach, CA 92651


Yana Tsarankova
665 Quail Mdw
Irvine, CA 92603


Ziad Alaeddin
26066 Ravenna Rd
Mission Viejo, CA 92692


Zoe Leblanc
13800 Parkcenter ln
Tustin, CA 92782

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard Sturdevant 269088**<br>**1200 Main St. Ste C**<br>**Irvine, CA 92614**<br>**714-442-3335 Fax: 714-361-5376**<br>California State Bar Number: **269088 CA**<br>rich@bwlawcenter.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**People First Pizza, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO  FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  ___Richard Sturdevant 269088_____ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **March 26, 2025** | By: | **/s/ Richard Sturdevant** |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **Richard Sturdevant 269088** |
| | | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**